UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEANA M. DENHAM, | |
| Plaintiff, | Case No. C10-5682-TSZ |
| v. | **ORDER DISMISSING CASE** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support of and opposition thereto, the Report and Recommendation of the Honorable Brian A. Tsuchida, docket no. 20, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     The final decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED** with prejudice.

(3)     The Clerk is directed to send copies of this Order to all counsel of record and to Judge Tsuchida.

DATED this 27th day of June, 2011.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING CASE - 1